UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.<br><br>Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC<br><br>Defendants. | Civil Action No. 1:18-cv-11970 |

**PLAINTIFF'S FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The nongovernmental corporate party, plaintiff The Homesource, Corp., in the above listed civil action is a wholly owned subsidiary of Delaware limited liability company, 563 Systems, LLC.

Respectfully submitted,

**FLASTER/GREENBERG P.C.**

Dated: July 24, 2018    By:  */s/ Alexis Arena*
Alexis Arena, Esq.
Eric R. Clendening, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
alexis.arena@flastergreenberg.com
*Attorneys for Plaintiffs*

6426934 v1