**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HOMESOURCE, CORP.<br><br>Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC<br><br>Defendants. | Civil Action No. 1:18-cv-11970 |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance on behalf of Plaintiff, THE HOMESOURCE, CORP. in the

above-referenced matter.


Respectfully submitted,

Dated:    July 24, 2018                    **FLASTER/GREENBERG P.C.**

                                  By:    *s/ Eric R. Clendening*
                                         Eric R. Clendening, Esq.
                                         1810 Chapel Avenue West
                                         Cherry Hill, NJ 08002
                                         (856) 661-1900 (telephone)
                                         (856) 661-1919 (facsimile)
                                         Eric.clendening@flastergreenberg.com
                                         Attorneys for Plaintiff

6505811 v1