**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HOMESOURCE, CORP., | Civil Action No.: 1:18-cv-11970 |
| Plaintiff, | Hon. Jerome B. Simandle |
| v. | Hon. Karen M. Williams |
| RETAILER WEB SERVICES, LLC, | **DISCLOSURE STATEMENT** |
| Defendant. | |

The undersigned counsel for Defendant Retailer Web Services, LLC, certifies that this party is a non-governmental corporate party and that this party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

- Local Retail Solutions, LLC

Dated:  August 14, 2018         /s/ Matthew A. Lipman
                                                  Matthew A. Lipman, Esquire
                                                  MCELROY, DEUTSCH, MULVANEY
                                                          & CARPENTER, LLP
                                                  1617 John F. Kennedy Blvd., Suite 1500
                                                  Philadelphia, PA 19103
                                                  Tel: (215) 557-2900
                                                  *Counsel for Defendant, Retailer Web Services, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing document to be served on August 14, 2018 via the court's ECF notification system on all counsel of record.

                                    /s/ Matthew A. Lipman
                                    Matthew A. Lipman, Esq.
                                    McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                    1617 John F. Kennedy Blvd., Suite 1500
                                    Philadelphia, PA 19103
                                    Tel.: (215) 557-2900
                                    mlipman@mdmc-law.com
                                    *Counsel for Defendant, Retailer Web Services, LLC*

Dated: August 14, 2018