## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.<br><br>Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC<br><br>Defendants. | Civil Action No. 1:18-cv-11970 |

### PLAINTIFF'S JURY TRIAL DEMAND

Plaintiff, The HomeSource, Corp., pursuant to Fed. R. Civ. P. 38(b) hereby demands a trial by jury for all issues that are so triable.

Respectfully submitted,

**FLASTER/GREENBERG P.C.**

Dated: August 16, 2018     By:   */s/ Alexis Arena*
Alexis Arena, Esq.
Eric R. Clendening, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax:  (856) 661-1919
alexis.arena@flastergreenberg.com
*Attorneys for Plaintiffs*

6849844 v1

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.<br><br>                    Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC<br><br>                    Defendants. | Civil Action No. 1:18-cv-11970 |

## **CERTIFICATE OF SERVICE**

I, Alexis Arena, hereby certify that a true and correct copy of the Plaintiff's Jury Demand has been served upon all parties appearing of record in this case using the Court's electronic filing system, where such documents are available for viewing and downloading.


Date:  August 16, 2018                             */s/ Alexis Arena*_____
                                                                    Alexis Arena