M<small>C</small>E<small>LROY</small>, D<small>EUTSCH</small>, M<small>ULVANEY</small> & C<small>ARPENTER</small>, LLP
Matthew A. Lipman, Esq.
Monica T. Holland, Esq.
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103
Tel.: (215) 557-2900
*Counsel for Defendant, Retailer Web Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., | Civil Action No.: 1:18-cv-11970 |
| Plaintiff, | Hon. Jerome B. Simandle |
| v. | Hon. Karen M. Williams |
| RETAILER WEB SERVICES, LLC, | **NOTICE OF CONSENT MOTION FOR A 30 DAY EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE AMENDED COMPLAINT OR OTHERWISE PLEAD** |
| Defendant. | |

**PLEASE TAKE NOTICE** that on September 17, 2018, or at another date and time to be determined by the Court, undersigned counsel for Defendant Retailer Web Services, LLC, shall move before the Honorable Karen M. Williams, or any judge sitting in her stead in courtroom 5C of the U.S. District Court for the District of New Jersey, 4th & Cooper Streets, Camden, New Jersey, for an Order granting Defendant a 30 day extension of time to answer Plaintiff's Amended Complaint or otherwise plead.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's counsel consents to the relief sought in this application; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is simultaneously being filed herewith; and

**PLEASE TAKE FURTHER NOTICE** that a copy of this application and notice was served via e-filing on this date on all counsel of record.

Dated:  September 14, 2018  Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

By: /s/ Matthew A. Lipman
Matthew A. Lipman, Esq.
Monica T. Holland, Esq.
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103
Tel.: (215) 557-2900
mlipman@mdmc-law.com
mholland@mdmc-law.com
*Counsel for Defendant, Retailer Web Services, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| THE HOMESOURCE, CORP., | Civil Action No.: 1:18-cv-11970-JBS-KMW |
| Plaintiff, | Hon. Jerome B. Simandle |
| v. | Hon. Karen M. Williams |
| RETAILER WEB SERVICES, LLC, | |
| Defendant. | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO
ANSWER THE AMENDED COMPLAINT OR OTHERWISE PLEAD**

NOW COMES Defendant Retailer Web Services, LLC, ("RWS"), through its attorneys, Matthew A. Lipman, Esq. and Adam Wolek, Esq., for the Agreed Motion to Extend Time for Defendants to Answer the Complaint or otherwise plead:

1. Plaintiff filed its Amended Complaint on September 4, 2018.

2. Defendant has requested additional time to prepare their response to the Amended Complaint or to otherwise plead.

3. No previous extension has been obtained.

4. Plaintiff agrees to this motion.

5. Accordingly, RWS respectfully requests an extension of time for it to Answer the Amended Complaint or otherwise plead for 30 days, or until October 18, 2018.

WHEREFORE, Defendant Retailer Web Services, LLC respectfully requests that this Court extend the time for Defendant to Answer the Complaint or otherwise plead for 30 days, or until October 18, 2018.

Date: September 14, 2018

/s/_____
FLASTER/GREENBERG P.C.
Alexis Arena, Esq.
Eric R. Clendening, Esq.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Tel.: (856) 661-1900
Fax: (856) 661-1919

*Counsel for Plaintiff HomeSource, Corp.*

Respectfully submitted,

/s/ Matthew A. Lipman
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Matthew A. Lipman, Esq.
Monica T. Holland, Esq.
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103
Tel.: (215) 557-2900
Fax: (215) 557-2990/2991

Adam Wolek (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Tel.: (312) 836-4063
Fax: (312) 527-4011

*Counsel for Defendant Retailer Web Services, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 14, 2018, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

Dated: September 14, 2018                              By:      /s/ Matthew A. Lipman, Esq.