**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| THE HOMESOURCE, CORP., | Civil Action No.: 1:18-cv-11970-JBS-KMW |
| Plaintiff, | Hon. Jerome B. Simandle |
| v. | Hon. Karen M. Williams |
| RETAILER WEB SERVICES, LLC, | |
| Defendant. | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO
ANSWER THE AMENDED COMPLAINT OR OTHERWISE PLEAD**

NOW COMES Defendant Retailer Web Services, LLC, ("RWS"), through its attorneys, Matthew A. Lipman, Esq. and Adam Wolek, Esq., for the Agreed Motion to Extend Time for Defendants to Answer the Complaint or otherwise plead:

1. Plaintiff filed its Amended Complaint on September 4, 2018.

2. Defendant has requested additional time to prepare their response to the Amended Complaint or to otherwise plead.

3. No previous extension has been obtained.

4. Plaintiff agrees to this motion.

5. Accordingly, RWS respectfully requests an extension of time for it to Answer the Amended Complaint or otherwise plead for 30 days, or until October 18, 2018.

WHEREFORE, Defendant Retailer Web Services, LLC respectfully requests that this Court extend the time for Defendant to Answer the Complaint or otherwise plead for 30 days, or until October 18, 2018.

| | |
|---|---|
| Date: September 14, 2018 | Respectfully submitted, |
| /s/ Alexis Arena<br>FLASTER/GREENBERG P.C.<br>Alexis Arena, Esq.<br>Eric R. Clendening, Esq.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>Tel.: (856) 661-1900<br>Fax: (856) 661-1919<br><br>*Counsel for Plaintiff HomeSource, Corp.* | /s/ Matthew A. Lipman<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>Matthew A. Lipman, Esq.<br>Monica T. Holland, Esq.<br>1617 John F. Kennedy Blvd., Suite 1500<br>Philadelphia, PA 19103<br>Tel.: (215) 557-2900<br>Fax: (215) 557-2990/2991<br><br>Adam Wolek (*pro hac vice*)<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>Tel.: (312) 836-4063<br>Fax: (312) 527-4011<br><br>*Counsel for Defendant Retailer Web Services, LLC* |