IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE HOMESOURCE, CORP.,<br><br>              Plaintiff,<br><br>   v.<br><br>RETAILER WEB SERVICES, LLC,<br><br>              Defendant. | Civil No. 18-11970-JBS-KMW |

**AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the on the record telephone status conference held on **December 17, 2018**; and the Court noting the following appearances: Alexis Kathryn Arena, Esquire, and Kevin Tuten appearing on behalf of the plaintiff; and Matthew A. Lipman, Esquire, William C. Wagner, Esquire, Adam Wolek, Esquire, and Jennifer Bayuk appearing on behalf of the defendant; and for good cause shown:

IT IS this **17th** day of **December, 2018**,[1] hereby **ORDERED**:

1. The parties shall submit an agreed upon search protocol by **December 21, 2018.** In the event the parties are unable to agree upon a search protocol, then, on or before **January 11, 2019,** Plaintiff is hereby granted leave to file a motion to compel the production of a list of Defendant's IP.

2. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

---

[1] This Order was completed on October 5, 2018, yet was inadvertently not filed on the docket. FED. R. CIV. P. 36.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                        s/ Karen M. Williams
                                        KAREN M. WILLIAMS
                                        United States Magistrate Judge

cc:  Hon. Jerome B. Simandle