# M<small>C</small>E<small>LROY</small>, D<small>EUTSCH</small>, M<small>ULVANEY</small> & C<small>ARPENTER</small>, LLP
**ATTORNEYS AT LAW**

1617 JOHN F. KENNEDY BOULEVARD
SUITE 1500
PHILADELPHIA, PA 19103-1815
(215) 557-2900
FACSIMILE (215) 557-2990/2991

MATTHEW A. LIPMAN, ESQUIRE
ADMITTED IN PA AND NJ
Email: mlipman@mdmc-law.com

March 12, 2019

*Via ECF*
The Honorable Karen M. Williams
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: <u>The HomeSource Corp. v. Retailer Web Services, LLC</u>
D.N.J., Docket No. 1:18-cv-11970-JBS-KMW
Our File No. R0939-1001

Dear Judge Williams:

We represent Defendant, Retailer Web Services, LLC, in connection with the above-referenced matter. Yesterday, we filed the declaration of our expert, Jennifer L. Bayuk Ph.D, (Doc. 66). After filing the declaration, it was determined that additional redactions should have been made to the document. We then filed a further redacted declaration at Document 67.

Accordingly, we request that Document 66 be removed from the docket. Your law clerk temporarily sealed the unredacted declaration to prevent public access. We are available to address any questions regarding this matter in Court later today.

Respectfully,

*/s/ Matthew A. Lipman*

MATTHEW A. LIPMAN

MAL/mar
Enclosure
cc:   Alexis Arena, Esquire (via ECF)
      Eric R. Clendening, Esquire (via ECF)
      Adam Wolek, Esquire (via email w/ encl.)
      William C. Wagner, Esq. (via email e/ encl.)