[Dkt. Nos. 35, 43, 48, 50, and 54]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE HOMESOURCE, CORP.,<br><br>            Plaintiff,<br><br>    v.<br><br>RETAILER WEB SERVICES, LLC,<br><br>            Defendant. | Civil No. 18-11970-JBS-KMW |

**ORDER**

THIS MATTER is before the Court by way of the following motions and responses to same:

- [Dkt. No. 35], a motion by Plaintiff, the HomeSource, Corp. ("HomeSource"), for a ninety (90) day extension of time to serve Defendants John Does 1-3; and

- [Dkt. No. 43], a motion by HomeSource to compel Defendant, Retail Web Services, LLC ("RWS"), to provide a complete list of RWS's IP addresses; and, [Dkt. No. 55], RWS's request for permission to file a motion to compel the HomeSource to produce the website server log and all discovery concerning the alleged denial of service and/or hacking attacks; and

- [Dkt. No. 48], a motion by HomeSource to extend the scheduled deadlines by sixty (60) days; and

- [Dkt. No. 50], a motion by RWS to seal portions of the Exhibits to RWS's Brief in Opposition to HomeSource's Motion to Compel; and

- [Dkt. No. 54], a motion by HomeSource for leave to file

1

a second amended complaint; and

For the reasons set forth more fully on the record at the March 12, 2019 hearing

IT IS on this the **18th** day of **March 2019,** hereby

**ORDERED** that, good cause is shown to provide the Plaintiff with a ninety (90) day extension of time to serve Defendants John Doe 1-3, [Dkt. No. 35].  Plaintiff has ninety (90) days from the date this Order is entered to serve the John Doe Defendants; and it is further

**ORDERED** that Plaintiff's Motion requesting an extension of the scheduled deadlines, [Dkt. No. 48], is also **GRANTED**.  The Court will conduct an in-person conference on **April 8, 2019 at 2:00 p.m.**  The schedule will be set during the conference; and it is further

**ORDERED** that Plaintiff's Motion, [Doc. No. 54], seeking Leave to File a Second Amended Complaint shall be, and hereby is, **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is hereby granted leave to file another motion seeking leave to amend the Complaint.  Said motion shall include a copy of the proposed amended complaint tracking the proposed changes for the Court's consideration on or before **March 22, 2019.**  The Motion shall also clearly set forth the reasons for the amendments sought; and it is further

**ORDERED** that Plaintiff's Motion, [Dkt. No. 43], seeking to compel RWS to produce a complete list of RWS's IP addresses utilized by RWS between June 1, 2018 to present is **GRANTED**. Moreover, RWS's request for the HomeSource to provide RWS with any and all information concerning the alleged denial of service and/or hacking attacks is also **GRANTED**.  RWS's request for a simultaneous exchange of this information is **DENIED** as moot in light of HomeSource's repeated represensions to the Court that HomeSource has already provided RWS with any and all relevant information concerning the alleged denial of service and/or hacking attacks; and it is further

**ORDERED** that Defendant's Motion, [Dkt. No. 50], to seal portions of the Exhibits to the Brief Filed in Opposition to Plaintiff's Motion to Compel is **DENIED in part and GRANTED in part**.  The IP address that HomeSource obtained from non-parties shall be redacted in all documents filed with the Court.  Said IP address shall be treated as confidential by the parties.  All other IP addresses to be provided to HomeSource from RWS, especially those to be provided pursuant to the Court's granting of [Dkt. No. 43], shall be designated as "Attorneys Eyes Only." On or before **March 22, 2019**, the parties shall submit redacted versions of any documents with the referenced IP address(es) to the Clerk of the Court, and said submission shall identify the documents to be replaced with substitute redacted versions; and

it is further

    **ORDERED** that the parties shall meet and confer concerning all other outstanding discovery requests.

                                      s/ Karen M. Williams
                                      KAREN M. WILLIAMS
                                    United States Magistrate Judge

cc:  Hon. Jerome B. Simandle