**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
ATTORNEYS AT LAW

1617 JOHN F. KENNEDY BOULEVARD
SUITE 1500
PHILADELPHIA, PA 19103-1815
(215) 557-2900
FACSIMILE (215) 557-2990/2991

MATTHEW A. LIPMAN, ESQUIRE
ADMITTED IN PA AND NJ
Email: mlipman@mdmc-law.com

March 21, 2019

*Via ECF*
The Honorable Karen M. Williams
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th& Cooper Streets
Camden, NJ 08101

    Re: The HomeSource Corp. v. Retailer Web Services, LLC
       D.N.J., Docket No. 1:18-cv-11970-JBS-KMW

Dear Judge Williams:

  We represent Defendant, Retailer Web Services, LLC, in connection with the above-referenced matter. This letter is in response to the Court's recent order (Doc. No. 74) denying in part and granting in part Retailer Web Services' Motion to Seal (Doc. No. 50). The order requires Retailer Web Services to "identify the documents to be replaced with substitute redacted versions." In its Motion to Seal, Retailer Web Services requested that the Declaration of Jennifer L. Bayuk, Ph.D., originally filed as subject to Attorneys Eyes Only (Doc. No. 46-2), be replaced with the redacted version (Doc. No. 50-2). The redacted version (Doc. No. 50-2) complies with the Court's order relating to redaction, and Retailer Web Services therefore requests that this document be used in place of Doc. No. 46-2.

  Additionally, Retailer Web Services had no redactions for the March 12, 2019 transcript.

          Respectfully,
          */s/ Matthew A. Lipman*
          MATTHEW A. LIPMAN

MAL/mar
Enclosure
cc: Alexis Arena, Esquire (via ECF)
   Eric R. Clendening, Esquire (via ECF)
   Adam Wolek, Esquire (via email w/ encl.)
   William C. Wagner, Esq. (via email e/ encl.)