# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
**ATTORNEYS AT LAW**

1617 JOHN F. KENNEDY BOULEVARD
SUITE 1500
PHILADELPHIA, PA 19103-1815
(215) 557-2900
FACSIMILE (215) 557-2990/2991

MATTHEW A. LIPMAN, ESQUIRE
ADMITTED IN PA AND NJ
Email: mlipman@mdmc-law.com

August 22, 2019

*<u>Via ECF</u>*
The Honorable Karen M. Williams
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re: <u>The HomeSource Corp. v. Retailer Web Services, LLC</u>
         D.N.J., Docket No. 1:18-cv-11970-JBS-KMW
         Our File No. R0939-1001

Dear Judge Williams:

  We represent Defendant, Retailer Web Services, LLC ("RWS"), in connection with the above-referenced matter. Plaintiff HomeSource Corp. filed a Motion for Sanctions against RWS under Federal Rule 37 on August 19, 2019. (ECF Doc. 106). Under Local Rule 37.1, Plaintiff was required to request leave of court prior to filing any discovery motions, which Plaintiff did not do prior to filing this Motion.

  In order to clarify whether Plaintiff complied with the local rules, whether RWS should respond to this Motion, and other outstanding issues, RWS requests that this Court schedule a phone status conference.

            Respectfully,

            */s/ Matthew A. Lipman*

            MATTHEW A. LIPMAN

MAL/mar
cc: Alexis Arena, Esquire (via ECF)
   Eric R. Clendening, Esquire (via ECF)
   Adam Wolek, Esquire (via email w/ encl.)
   William C. Wagner, Esq. (via email e/ encl.)