UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**　　　　　　　　　　**DATE OF PROCEEDING:** October 7, 2019

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ECR

**TITLE OF CASE AND DOCKET NUMBER:**

THE HOMESOURCE, CORP. v. RETAILER WEB SERVICES, LLC
1:18-cv-11970-JBS-KMW

**APPEARANCES:**

ALEXIS ARENA, ESQ. FOR PLAINTIFF

MATTHEW LIPMAN, ESQ. FOR DEFENDANT
WILLIAM WAGNER, ESQ. FOR DEFENDANT
ADAM WOLEK, ESQ. FOR DEFENDANT

**NATURE OF PROCEEDINGS:** Conference Temporarily Sealed Pending Filing of **Motion to Seal.** In-Person Discovery Conference held on the record re: [Doc. Nos. 90, 91, 94, 96, 104, 108, 110 & 112]. Plaintiff's Motion for Leave to File Second Amended Complaint [87] and Defendant's Motion to Seal [99] shall be DISMISSED without prejudice. Order to be entered.

　　　　　　　　　　　　　　　　　　DEPUTY CLERK: s/Nicole Ramos

TIME COMMENCED: 2:10　　　TIME ADJOURNED: 4:03　　　TOTAL TIME: 1 hr. 53 mins.
　　　　　　　　　4:20　　　　　　　　　　5:30　　　　　　　　　　1 hr. 10 mins.