IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., | Civil Action No.: 1:18-cv-11970 |
| Plaintiff, | Hon. Eduardo C. Robreno (EDPA) |
| v. | Hon. Karen M. Williams |
| RETAILER WEB SERVICES, LLC, et al., | Motion Day: March 16, 2020 |
| Defendants. | |

**DEFENDANT RETAILER WEB SERVICES, LLC'S NOTICE OF MOTION FOR
CONTEMPT AND SANCTIONS AGAINST PLAINTIFF**

**PLEASE TAKE NOTICE** that on March 16, 2020, or at an earlier

date and time to be determined by the Court, undersigned counsel

for Defendant Retailer Web Services, LLC, shall move before the

Honorable Karen M. Williams, or any judge sitting in her stead

in courtroom 5C of the U.S. District Court for the District of

New Jersey, 4th & Cooper Streets, Camden, New Jersey, for an

Order holding Plaintiff The HomeSource, Corp. in contempt and

granting sanctions for violating this Court's October 16, 2019

Order [Dkt. 129] and failing to comply with its discovery

obligations under Fed. R. Civ. P. 26 and 34, and

**PLEASE TAKE FURTHER NTOICE** that in support of this

application, undersigned counsel will reply on the attached

Memorandum in Support, together with any exhibits attached thereto; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is simultaneously being filed herewith; and

**PLEASE TAKE FURTHER NOTICE** that a copy of this notice and motion were served via ECF on this date on all counsel of record.

Dated: February 10, 2020            Respectfully submitted,

/s/ Matthew A. Lipman
Matthew A. Lipman, Esq.
Monica T. Holland, Esq.
Melissa A. Ruth, Esq.
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1617 John F. Kennedy Boulevard,
Suite 1500
Philadelphia, PA 19103
Tel.: (215) 557-2900
mlipman@mdmc-law.com
mholland@mdmc-law.com
mruth@mdmc-law.com

Adam Wolek (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Tel.: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com

William C. Wagner (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel.: (317) 713-3500
Fax: (317) 713-3699
wwagner@taftlaw.com

2

*Counsel for Defendant Retailer*
*Web Services, LLC*

26632879

3