UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.<br><br>Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC and JOHN DOES 1-3,<br><br>Defendants. | Case No. 1:18-cv-11970 (JBS-KMW)<br><br>**DECLARATION OF JAMES WHITE** |

I, James White, declare under the penalty of perjury as follows:

1. I am the Chief Executive Officer of plaintiff The HomeSource Corp. ("HomeSource") in the above-captioned matter, and this declaration is based on my personal knowledge.

2. I submit this declaration in support of HomeSource's Motion to Seal certain materials contained in the briefing by both parties in connection with defendant Retailer Web Services, LLC's ("RWS") Motion to Hold Plaintiff in Contempt, HomeSource's Brief in Opposition, and RWS's Reply Brief, specifically Doc. Nos. 152, 152-4, 152-5, 152-6, 152-10, 156, 159, 159-1, and 161.

3. The materials temporarily under seal that were filed in connection with the foregoing documents are documents (and/or RWS's discussion of documents) that HomeSource produced in discovery that were designated as either CONFIDENTIAL or ATTORNEYS' EYES ONLY.

4. The materials temporarily under seal concern three categories of highly confidential and/or proprietary business information: (1) customer contracts and relationships;

7689998 v1

(2) HomeSource's costs, revenues, and financial projections; and (3) information concerning HomeSource's database, its customers' data, and other highly sensitive materials in connection with the same.

5. HomeSource's customer contracts contain commercially sensitive terms and provisions that are not publicly available or known by competitors. If HomeSource's competitors or the public learned this information, HomeSource's business would suffer financial losses and its competitive position in its industry would be diminished and significantly harmed.

6. HomeSource's costs, revenues, and financial projections are highly confidential, private, and not known by the public or competitors. HomeSource is a privately held company, and its finances are not disclosed publicly. The documents designated ATTORNEYS EYES ONLY contain the amounts HomeSource charges customers for various services, its list of customers, its list of revenues, its list of anticipated revenues, and other commercially sensitive financial information. As is the case with its customer contracts, HomeSource would suffer financial losses and its competitive position in its industry would be diminished and significantly harmed if this highly confidential financial information were revealed publicly.

7. HomeSource's database, its customers' data, and other highly sensitive private materials of its customers must be kept under seal, as otherwise HomeSource and its customers would face a severe risk of additional cyber attacks and/or DDoS attacks. HomeSource and its customers have already suffered these kinds of attacks over the past two years. While these documents may contain seemingly harmless information to a layman, information concerning HomeSource's database and other back-end features would create opportunities for bad actors to learn how to further attack HomeSource's web systems. HomeSource would also experience

significant injury due to the loss of existing and potential customers and revenue, if this information were publicly revealed and thus available to bad actors.

8. The information concerning HomeSource's customer contracts, finances, and database is all highly confidential, non-public, sensitive, proprietary commercial information. A less restrictive alternative to redaction is not available because disclosure of any of this information to competitors or the public would cause significant injury to HomeSource and its customer relationships and competitive position in the industry, resulting in significant losses of both customers and revenue.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2020

_____
James White

7689998 v1