# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Civil Action No.: 1:18-cv-11970 <br><br> Hon. Eduardo C. Robreno <br><br> **DISCLOSURE STATEMENT** |

The undersigned counsel for Defendant Retailer Web Services, LLC, certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.[1]

---

[1] HomeSource's initial complaint named Retailer Web Services, LLC ("RWS") as the sole defendant, even though Retailer Web Services II, LLC's ("RWS II") actions were implicated by that pleading. RWS II previously responded in place of RWS because it was the only defendant in that case; however, now that RWS II, the real party in interest, has formally been named, RWS and RWS II respond separately. RWS II informed Plaintiff and the Court of this corporate structure throughout the litigation, and further in declarations filed at D.E. 134 and D.E. 140-1.

27349287

Dated: June 15, 2020 Respectfully submitted,

*/s/ Ethan Hougah*
Louis R. Moffa
Alexandra S. Jacobs
Ethan Hougah
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
457 Haddonfield Road, Suite 600
Cherry Hill, New Jersey 08002
(856) 488-7700

Adam Wolek (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Tel.: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com

William C. Wagner (*pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel.: (317) 713-3500
Fax: (317) 713-3699
wwagner@taftlaw.com

*Counsel for Defendant Retailer Web Services II, LLC; Retailer Web Services, LLC; Nationwide Marketing Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be served on June 15, 2020 via the court's ECF notification system on all counsel of record.

/s/ *Ethan Hougah*
Louis R. Moffa
Ethan Hougah
Alexandra S. Jacobs

*Counsel for Defendant Retailer Web Services II, LLC; Retailer Web Services, LLC; Nationwide Marketing Group, LLC*