| | |
|---|---|
| Cassandra B. Roth<br>Patrick S. Doherty (*pro hac vice* pending)<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>T: (212) 596-9000<br>F: (212) 596-9090<br>Cassandra.Roth@ropesgray.com<br>Patrick.Doherty@ropesgray.com | Daniel V. McCaughey (*pro hac vice* pending)<br>**ROPES & GRAY LLP**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>T: (617) 951-7000<br>F: (617) 951-7050<br>Daniel.McCaughey@ropesgray.com |

Timothy R. Farrell (*pro hac vice* pending)
**ROPES & GRAY LLP**
191 N. Wacker Dr., 32nd Floor
Chicago, IL 60606
T: (312) 845-1200
F: (312) 845-5522
Timothy.Farrell@ropesgray.com

*Attorneys for Defendant Gridiron Capital, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.,<br>    Plaintiff,<br>v.<br>RETAILER WEB SERVICES, LLC,<br>RETAILER WEB SERVICES II,<br>LLC, NATIONWIDE MARKETING<br>GROUP, LLC, GRIDIRON<br>CAPITAL, LLC, and JOHN DOES,<br>    Defendants. | Civil Action No. 1:18-cv-11970<br><br>Hon. Eduardo C. Robreno (EDPA)<br><br>**DISCLOSURE STATEMENT** |

## DEFENDANT GRIDIRON CAPITAL, LLC'S
## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gridiron Capital, LLC states that it is a non-governmental corporate party and that has no parent corporation. Moreover, no publicly held corporation currently owns 10% or more of its common stock.

Dated:  June 15, 2020              /s/ Cassandra B. Roth
                                                  Cassandra B. Roth
Daniel V. McCaughey (*pro hac vice* pending)
Timothy R. Farrell (*pro hac vice* pending)
Patrick S. Doherty (*pro hac vice* pending)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
T: (212) 596-9000
F: (212) 596-9090
Cassandra.Roth@ropesgray.com
Daniel.McCaughey@ropesgray.com
Timothy.Farrell@ropesgray.com
Patrick.Doherty@ropesgray.com

*Attorneys for Defendant*
*Gridiron Capital, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> RETAILER WEB SERVICES, LLC, RETAILER WEB SERVICES II, LLC, NATIONWIDE MARKETING GROUP, LLC, GRIDIRON CAPITAL LLC, and JOHN DOES, <br><br> Defendants. | Civil Action No. 1:18-cv-11970 <br><br> Hon. Eduardo C. Robreno (EDPA) <br><br> **CERTIFICATE OF SERVICE** |

**CASSANDRA B. ROTH** hereby certifies as follows:

On June 15, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Cassandra B. Roth
        CASSANDRA B. ROTH