# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., | Civil Action No.: 1:18-cv-11970 |
| Plaintiff, | |
| v. | Hon. Eduardo C. Robreno (EDPA) |
| RETAILER WEB SERVICES, LLC, *et al.*, | Mag. Judge Ann Marie Donio |
| Defendants. | MOTION DAY: August 3, 2020 |

## DEFENDANTS' BRIEF TO DISMISS PURSUANT TO RULE 12(B)(5)

Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m), Defendants move to dismiss the unnamed John Doe defendants for insufficient service of process. Rule 4(m) states, in part, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). More than 90 days ago, on Apr. 1, 2020, Plaintiff filed its Second Amended Complaint [Dkt. 164]. After two years of discovery, Plaintiff has still not served, or filed proof of service on the Does, nor has it shown good cause for its failure to do so.[i] Rule 4(m) therefore requires dismissal of the Doe defendants.[ii]

---

[i] Plaintiff named the Does as defendants in 2018 [Dkt. 12], and was granted additional time to serve them [Dkt. 74]. Yet, after nearly two years of discovery, Plaintiff still has not served them and does not know their identities. Dkt. 164 ¶¶ 63-65.

[ii] Since this brief is just one page, Defendants did not include a table of contents or authorities pursuant to L.R. 7.2(b).

Dated: July 9, 2020						Respectfully submitted,

/s/  Ethan Hougah
Louis R. Moffa
Alexandra S. Jacobs
Ethan Hougah
**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
457 Haddonfield Road, Suite 600
Cherry Hill, New Jersey 08002
(856) 488-7700

Adam Wolek (*pro hac vice*)
**TAFT STETTINIUS & HOLLISTER LLP**
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
Tel.: (312) 836-4063
Fax: (312) 966-8598
awolek@taftlaw.com

William C. Wagner (*pro hac vice*)
**TAFT STETTINIUS & HOLLISTER LLP**
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel.: (317) 713-3500
Fax: (317) 713-3699
wwagner@taftlaw.com

*Counsel for Defendant Retailer Web Services II, LLC; Retailer Web Services, LLC; Nationwide Marketing Group, LLC*

Cassandra B. Roth
Patrick S. Doherty (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036

2

T: (212) 596-9000
F: (212) 596-9090
Cassandra.Roth@ropesgray.com
Patrick.Doherty@ropesgray.com

Timothy R. Farrell (*pro hac vice*)
**ROPES & GRAY LLP**
191 N. Wacker Dr., 32nd Floor
Chicago, IL 60606
T: (312) 845-1200
F: (312) 845-5522
Timothy.Farrell@ropesgray.com

Daniel V. McCaughey (*pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
T: (617) 951-7000
F: (617) 951-7050
Daniel.McCaughey@ropesgray.com

*Counsel for Defendant Gridiron Capital, LLC*