UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: July 10, 2020

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                          **DOCKET NO. 18cv11970(ECR/AMD)**
**The Homesource, Corp.**
   v.
**Retailer Web Services, LLC, et al**

**APPEARANCES:**
Kenneth Goodkind, Esq. and Eric Clendening, Esq. for plaintiffs
Adam Wolek, Esq., Ethan Hougah, Esq., and Alexandra Jacobs, Esq. for defendants Retailer Web Services, LLC, Nationwide Marketing Group, and Retailer Web Services II, LLC
Timothy Farrell, Esq., Daniel McCaughey, Esq., and Cassandra Roth, Esq. for defendant Gridiron Capital, LLC

**NATURE OF PROCEEDINGS:**   Telephonic Discovery and Status Conference

**DISPOSITION:**
Telephonic Discovery and Status Conference held on the record
Order dismissing without prejudice defendant Retailer Web Services' Motion for Contempt and Sanctions [151]
Ordered discovery stayed pending resolution of the dispositive motions
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 1:33 p.m. Time Adjourned: 2:20 p.m. Total time: 47 mins.