[D.I. 151]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Civil No. 18-11970 (ECR/AMD) |

### ORDER

This matter comes before the Court by way of a discovery and status telephone conference held on July 10, 2020, with appearances as set forth on the record. For the reasons set forth on the record, and for good cause shown:

IT IS on this **13th** day of **July 2020**,

**ORDERED** that the motion by Defendant Retailer Web Services, LLC for contempt and sanctions against Plaintiff The Homesource, Corp. (hereinafter, "Plaintiff") [D.I. 151] shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE**, with the right to re-file, if appropriate, following the resolution of the dispositive motions [D.I. 194, 195, and 196], as set forth on the record; and it is further

**ORDERED** that, by consent of the parties, discovery shall be, and is hereby, stayed pending the resolution of the dispositive motions [D.I. 194, 195, and 196], without prejudice to any parties right to move to dissolve the stay, as set forth on the record; and it is further

**ORDERED** that the parties shall meet and confer to resolve the objections to Plaintiff's motion to seal [D.I. 162] by no later than **August 7, 2020**, as set forth on the record; it is further

**ORDERED** that the Court shall conduct a telephonic hearing on the motion to seal [D.I. 162], as set forth on the record, on **August 10, 2020 at 11:00 A.M.**, utilizing the same dial-in instructions as previously provided by the Court; and it is further

**ORDERED** that the parties shall meet and confer, by no later than **August 7, 2020,** to explore resolution of the case and shall discuss what specific information they contend should be exchanged prior to the settlement conference, as set forth on the record; and it is further

**ORDERED** that the parties shall submit, by no later than **August 7, 2020,** a joint letter, by way of fascimile or email at njdnef_donio@njd.uscourts.gov, to the Court setting forth the parties' positions concerning the information to be exchanged prior to any settlement conference and this submission shall set forth the specific areas of agreement and delineate any

matters/issues to which the parties disagree as set forth on the record; it is further

**ORDERED** that the Court shall schedule a telephonic conference on **August 11, 2020 at 3:00 P.M.** concerning settlement as set forth on the record. The parties shall utilize the same dial-in instructions as previously provided by the Court.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Eduardo C. Robreno