[D.I. 162]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Civil No. 18-11970 (ECR/AMD) |

**ORDER**

This matter comes before the Court by way of motion filed by Plaintiff The HomeSource Corp. (hereinafter, "Plaintiff") seeking to seal Docket Entries 152, 152-4, 152-5, 152-6, 152-10, 156, 159, 159-1 and 161. (*See* Motion to Seal [D.I. 162], p. 2, Mar. 23, 2020.) The Court conducted a hearing on the record on August 10, 2020, with appearances as set forth on the record. The Court notes that Defendants Retailer Web Services, LLC, Retailer Web Services, II, LLC, and Nationwide Marketing Group, LLC oppose the motion insofar as it seeks to seal Docket Entry 152-6. For the reasons set forth on the record, and for good cause shown, the Court shall grant the motion to seal in part and deny without prejudice the motion to seal with respect to Docket Entry 152-6.

Therefore, IT IS on this **10th** day of **August 2020**,

1

**ORDERED** that the motion to seal [D.I. 162] shall be, and is hereby, **GRANTED IN PART**, as set forth on the record; and it is further

**ORDERED** that the motion to seal [D.I. 162] shall be, and is hereby, **DENIED WITHOUT PREJUDICE** with respect to Docket Entry 152-6, with Plaintiff's right to file a motion for reconsideration, as set forth on the record; and it is further

**ORDERED** that Docket Entry 152-6 shall remain sealed until the motion for reconsideration has been resolved, or in the event no motion for reconsideration has been filed, until the time to file such a motion has expired, as set forth on the record.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Eduardo C. Robreno