UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date: August 10, 2020

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                          DOCKET NO. 18cv11970(ECR/AMD)
**The Homesource, Corp.**
   v.
**Retailer Web Services, LLC, et al**

**APPEARANCES:**
 Kenneth Goodkind, Esq. and Eric Clendening, Esq. for plaintiffs
 Adam Wolek, Esq. and Ethan Hougah, Esq. for defendants Retailer Web Services, LLC,
Nationwide Marketing Group, and Retailer Web Services II, LLC
 Timothy Farrell, Esq. and Cassandra Roth, Esq. for defendant Gridiron Capital, LLC

**NATURE OF PROCEEDINGS:**    Motion Hearing

**DISPOSITION:**
Motion Hearing held via telephone on the record
Hearing on plaintiff's Motion to Seal [162]
Oral Opinion read into the record
Ordered motion granted in part and denied in part
Order to be entered.

                                                    *s/Susan Bush*
                                                    **DEPUTY CLERK**

Time Commenced: 11:02 a.m. Time Adjourned: 11:39 a.m. Total time: 37 mins.