DATE OF NOTICE: August 31, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **THE HOMESOURCE, CORP.** | : | CIVIL ACTION |
| | : | |
| V. | : | NO.: 18-CV-11970 |
| | : | |
| **RETAILER WEB SERVICES, LLC.** | : | |

### N O T I C E

**Please be advised that an initial pretrial conference in the above-captioned case will be held by telephone on September 22, 2020 at 2:00 p.m. before the Honorable Eduardo C. Robreno. Counsel shall call-in as follows: 571-353-2300 – Code: 388933132#**

Also attached is a notice of Agenda of Initial Pretrial Conference. Prior to the Initial Pretrial Conference, the parties should confer and prepare a joint report pursuant to Federal Rule of Civil Procedure 26(f). The instructions for preparing the joint report are available on Judge Robreno's website and must be followed. See http://www.paed.uscourts.gov/judges-info/senior-judges/eduardo-c-robreno. The joint report should be emailed to robrenocorrespondence@paed.uscourts.gov at least three business days prior to the Initial Pretrial Conference.

Judge Robreno requires that all documents are filed electronically by the attorney using the Electronic Case Filing (ECF) system. ECF provides greater efficiency and timeliness in the filing of pleadings,

Revised 2/14/2019

automatic e-mail notice of case activity, as well as electronic storage of documents for remote access by the Court, the bar and the litigants. Attorneys appearing before Judge Robreno are required to register as Electronic Case Filing ("ECF") Filing Users at the Office of the Clerk of Court or at this court's website at **www.paed.uscourts.gov. Do not send courtesy copies of pleadings filed electronically to the court.**

A copy of the **"Pretrial and Trial Procedure"** for Judge Robreno is available on this court's web site at **www.paed.uscourts.gov** under the heading **"Documents" and the subheading "Judges' Procedures"**.

If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Initial Pretrial Conference.

*/s/ Nicole Spicer*
**Civil Deputy Clerk to the**
**Honorable Eduardo C. Robreno**

**CC:    All Counsel**

**NOTICE TO COUNSEL**
**OF AGENDA OF INITIAL PRETRIAL CONFERENCE**

1. An initial pretrial conference ("Initial Pretrial Conference"), as described in Fed. R. Civ. P. 16(a), (b) and (c), will be held shortly after an answer is filed or a case is reassigned to Judge Robreno's calendar.

2. The Initial Pretrial Conference usually will take ten (10) to twenty (20) minutes.

3. At the Initial Conference the following matters, among others, will be considered and acted upon:

   A. Jurisdictional defects, if any;

   B. Time limits to join other parties and to amend pleadings;

   C. Prospects of amicable settlement;

   D. Progress of self executing disclosure under Fed.R.Civ.P. 26(a)(1);

   E. Establishing schedules for remaining pretrial proceedings including discovery, pretrial filings, exchange of expert reports, etc;

   F. Whether a confidentiality order will be sought;[1]

   G. Filing of dispositive motions; and,

---

[1] Any such order must meet the good cause requirements set forth in Federal Rule of Civil Procedure 26(c). Specifically, the parties must identify, individually or by category of documents, which documents will be marked confidential and, as to each document or set of documents, explain why the documents should be so designated. See Pansy v. Borough of Stroudsburg, 23 F.3d 772 (3d Cir. 1994); Aetna Cas. & Sur. Co. v. George Hyman Constr. Co., 155 F.R.D. 113 (E.D. Pa. 1994) (applying requirements of Pansy to request for confidentiality order).

      H.    Setting a date for trial.

4.    Each party should be prepared to describe the nature of the discovery it seeks including an estimate of the number of depositions it intends to take.

5.    No further conferences will be held until the Final Pretrial Conference unless requested by counsel for exploration of settlement or for trial management or trial preparation purposes or if provided for in the Scheduling Order.

*/s/ Nicole D. Spicer*_____
**Civil Deputy Clerk to the
Honorable Eduardo C. Robreno**