IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE HOMESOURCE, CORP. | : | CIVIL ACTION |
| | : | |
| V. | : | NO.: 18-CV-11970 |
| | : | |
| RETAILER WEB SERVICES, LLC. | : | |

**O R D E R**

**AND NOW,** on this **3rd** day of **September, 2020,** it is hereby **ORDERED** that the telephone pretrial conference and hearing to consider pending motions (ECF#: 194,195,196,200&211) previously scheduled for September 22, 2020 is here by **RESCHEDULED and will now be held on October 8, 2020 at 10:00 a.m. before the Honorable Eduardo C. Robreno. Call-in instructions are as follows: Telephone: 888-684-8852/Passcode: 4218221#.**

　　　　　　　　　　　　　　　　*/s/ Eduardo C. Robreno*
　　　　　　　　　　　　　　　　*EDUARDO C. ROBRENO,    J.*