IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE HOMESOURCE, CORP., | : | CIVIL ACTION |
| | : | NO. 18-11970 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RETAILER WEB SERVICES, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## THIRD SCHEDULING ORDER

**AND NOW**, this **19th** day of **October, 2020,** following an initial pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is hereby **ORDERED** that:

1. the **STAY** is **LIFTED**.

2. All attorneys appearing before Judge Robreno must be registered on ECF. All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF. Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

3. All answers shall be filed by **November 17, 2020.**[1]

---

[1] All requests for action by the Court shall be by motion, see Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties,

1

4. All parties shall complete their initial disclosures by **December 17, 2020.**

5. All fact discovery shall be completed by **March 18, 2021.**

6. All expert discovery shall be completed by **May 18, 2021.**

7. Any motions for summary judgment shall be filed by **June 18, 2021** Responses to any motions for summary judgment shall be filed by **July 19, 2021.**

8. In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

9. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed

---

indicating in such a letter whether the other parties consent to the request. Reply briefs shall not be filed for motions of any nature without prior leave of Court. A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

[2] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

by **July 7, 2021.** Responses to any motions shall be filed by **July 13, 2021.**

    10. The case shall be placed in the trial pool on **July 19, 2021,** or, if a motion for summary judgment is filed, 30 days from the disposition of the motion. Once placed in the trial pool, a case may be called to trial upon twenty-four hours' notice to counsel.

    11. If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge.

    12. Plaintiff's counsel shall advise the Court promptly of settlement of the case.

    **AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**