IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE HOMESOURCE, CORP., | : | CIVIL ACTION |
| | : | NO. 18-11970 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RETAILER WEB SERVICES, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

### FOURTH SCHEDULING ORDER

**AND NOW**, this **1st** day of **February, 2021**, upon consideration of the parties' joint request, it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **May 18, 2021.**

2. All expert discovery shall be completed by **July 16, 2021.**

3. Any motions for summary judgment shall be filed by **August 18, 2021** Responses to any motions for summary judgment shall be filed by **September 17, 2021**.

4. In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

5. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury

instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **September 6, 2021**. Responses to any motions shall be filed by **September 13, 2021**.

      6.    The case shall be placed in the trial pool on **September 17, 2021**, or, if a motion for summary judgment is filed, 30 days from the disposition of the motion. Once placed in the trial pool, a case may be called to trial upon twenty-four hours' notice to counsel.

      7.    If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge.

      8.    Plaintiff's counsel shall advise the Court promptly of settlement of the case.

      **AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.