**DATE OF NOTICE: February 5, 2021**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **THE HOMESOURCE, CORP.** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-11970 |
| | : | |
| **RETAILER WEB SERVICES, LLC,** | : | |
| **et al.** | : | |

### NOTICE OF DISCOVERY CONFERENCE

**TO RESPONDING PARTY:**

1. A motion to compel has been filed by by Defendant, Retail Web Services, LLC (ECF No.:254).

2. **The Court has scheduled a telephone conference to discuss this matter on February 9, 2021 at 3:00 p.m. See generally, Fed. R. Civ. P. 26(f). Counsel shall call-in as follows: 571-353-2300 – Code: 728193472#.**

3. You may file a response to the motion at least two business days prior to the date of the conference.

4. If you produce the requested discovery in full and without objections prior to the date of the conference, upon notice to the Court, the conference will be canceled, and the Motion will be denied as moot. Otherwise, you should file an answer to the motion to compel along with any objections to the requested discovery at least two business days before the date of the conference.

5. If the motion is granted, in full or in part, sanctions may be imposed upon you, including costs and counsel fees. Fed. R. Civ. P. 37.

6. This Notice shall serve as notice to all parties.

**ATTEST:**

*/S/ Nicole D. Spicer, _____*
*Civil Court Room Deputy to the*
*Honorable Eduardo C. Robreno*

**CC: ALL COUNSEL**