IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Carl Hauger/ESR | | Ronald Vance |
| Court Reporter | | Deputy Clerk |

| | | |
|---|---|---|
| THE HOMESOURCE CORP. | : | Eric Clendening, Esq. |
| | | Kenneth Goodkind, Esq. |
| v. | : | CV NO. 18-11970 |
| RETAILER WEB SERVICES,LLC, et al | : | Adam Wolek, Esq. |
| | | Bill Wagner, Esq. |
| | | Ethan Hougah, Esq. |

**MINUTE SHEET**

BEFORE JUDGE  Eduardo C. Robreno      DATE  2/9/21    TIME  3:00 P.M

Motion Hearing

_____

**PROCEEDING**

Hearing on Defendant's motion to compel (#254) held by telephone (remote).
The hearing will be rescheduled for approximately 2 weeks.
The parties shall submit an updated 26f report at least 72 hours before the rescheduled hearing.

Order to follow.

Court adjourned at  3:10 P.M    To reconvene

**TOTAL TIME IN COURT :**  10 minutes