**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

THE HOMESOURCE, CORP.       :
                            :
        v.                  :      CIVIL ACTION NO. 18-11970
                            :
RETAILER WEB SERVICES, LLC, :
et al.                      :

**O R D E R**

    **AND NOW**, this **9th** day of **February**, 2021, after a teleconference today, it is hereby **ORDERED** that the Court will hold a telephonic status conference and oral argument on Defendants' motion to compel discovery (ECF No. 254) on **March 5, 2021 at 10:00 a.m.**

    The call-in information is:

**phone number 571-353-2300; conference code 388 933 132#**

    It is further **ORDERED** that the parties shall submit to chambers an updated Rule 26(f) report, including a proposed road map for the remainder of the case, no later than **March 1, 2021.**


    **IT IS SO ORDERED.**


                        __s/Eduardo C. Robreno___
                        **EDUARDO C. ROBRENO,   J.**