```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
```

THE HOMESOURCE, CORP.           :
                                :
    v.                           :   CIVIL ACTION NO. 18-11970
                                :
RETAILER WEB SERVICES, LLC,     :
et al.                          :

## O R D E R

**AND NOW**, this **24th** day of **February, 2021**, after a request by Defense counsel, it is hereby **ORDERED** that the telephonic status conference and oral argument on Defendants' motion to compel discovery (ECF No. 254) on <u>March 5, 2021 at 10:00 a.m.</u> is **CONVERTED** to a Video Hearing.

It is further **ORDERED** that the Court designates counsel for the Defendant to host and coordinate the videoconference. Counsel shall provide the video link to the Court and to all the necessary participants by the close of business on **March 3, 2021.**

**IT IS SO ORDERED.**

                                                    <u>s/Eduardo C. Robreno</u>
                                                    **EDUARDO C. ROBRENO,   J.**