# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Ethan Hougah**
Admitted in Pennsylvania & New Jersey

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial: 856-488-7745
Fax: 856-488-7720
Email: ehougah@mmwr.com

March 9, 2021

*Via ECF*
Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   **The HomeSource Corp. v. Retailer Web Services, LLC, et al.
C.A. No. 1:18-cv-11970-ECR-AMD**

Dear Judge Donio:

We represent Defendants, Retailer Web Services, LLC and Retailer Web Services II, LLC (collectively, "Retailer Web Services Defendants") in the above referenced matter.

We write to respectfully request that William C. Wagner, Esquire, of Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, Indiana 46204, be permitted to withdraw as counsel for Retailer Web Services Defendants, and further request that Mr. Wagner accordingly no longer receive ECF notifications for the above-captioned case. Please be advised that Retailer Web Services Defendants continue to be represented by Adam Wolek, Esquire, admitted *Pro Hac Vice*, and their local counsel, Montgomery, McCracken, Walker & Rhoads, LLP.

Please note that we filed a notice regarding this matter earlier today [D.E. 266] and were advised by the Clerk to re-file this request as a letter. Thank you for your attention to this matter, and please do not hesitate to contact me should Your Honor require any additional information to consider this request.

Respectfully submitted,

s/ *Ethan Hougah*

Ethan Hougah

EH:med
cc:   All Counsel of Record (*via ECF notification*)