Dominique J. Carroll
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 896-3600
Fax: (609) 896-1469
djcarroll@foxrothschild.com

*Attorney for Defendants, Retailer Web Services, LLC,
and Retailer Web Services II, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> RETAILER WEB SERVICES, LLC, et als., <br><br> Defendants. | Civil Action No. 18-cv-11970-ECR-AMD <br><br> Civil Action |

**STIPULATION FOR SUBSTITUTION OF COUNSEL OF DEFENDANTS, RETAILER WEB SERVICES, LLC, AND RETAILER WEB SERVICES II, LLC**

WHEREAS, Ethan Hougah, Louis R. Moffa, and Alexandra S. Jacobs, attorneys with the law firm of Montgomery, McCracken, Walker & Rhoads, LLP, previously entered their appearance as counsel for RETAILER WEB SERVICES, LLC, and RETAILER WEB SERVICES II, LLC, (collectively, "Defendants") in the above-captioned action; and

WHEREAS, on March 23, 2021, Dominique J. Carroll with the law firm of Fox Rothschild, LLP, filed an entry of appearance as superseding counsel for Defendants; and

WHEREAS, this case has not been set for trial; and

NOW, THEREFORE, it is hereby stipulated by and on behalf of Defendants, that Ethan Hougah, Louis R. Moffa, and Alexandra S. Jacobs, attorneys with the law firm of Montgomery,

McCracken, Walker & Rhoads, LLP, are permitted by said Defendants to withdraw as counsel for them and that Dominique J. Carroll with the law firm of Fox Rothschild, LLP ("Superseding Counsel"), will proceed as counsel for said Defendants; and

IT IS FURTHER STIPULATED that Superseding Counsel will assume the responsibilities of sponsoring counsel in connection with the *pro hac vice* admission of Adam Wolek, Esquire.

**Signed this 29th day of March, 2021 by WITHDRAWING COUNSEL:**

>MONTGOMERY, McCRACKEN,
>WALKER & RHOADS, LLP
>457 Haddonfield Road, Suite 600
>Cherry Hill, New Jersey 08002
>(856) 488-7700
>
>
>By ___s/ Louis R. Moffa___
>    Louis R. Moffa
>
>By ___s/ Alexandra S. Jacobs___
>    Alexandra S. Jacobs
>
>By ___s/ Ethan Hougah___
>    Ethan Hougah

**Signed this 29th day of March, 2021 by SUPERSEDING COUNSEL:**

>FOX ROTHSCHILD, LLP
>Princeton Pike Corporate Center
>Lawrenceville, New Jersey 08648
>(609) 896-3600
>
>
>By ___s/ Dominique J. Carroll___
>    Dominique J. Carroll