Dominique J. Carroll
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel.: (609) 896-3600
Fax: (609) 896-1469
djcarroll@foxrothschild.com

Adam Wolek (*pro hac vice*)
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Tel.: (312) 517-9299
Fax: (312) 517-9201
awolek@foxrothschild.com

*Attorney for Defendants Retailer Web Services, LLC*
*and Retailer Web Services II, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Civil Action No.: 1:18-cv-11970-ECR-AMD <br><br> Hon. Eduardo C. Robreno <br><br> Hon. Ann Marie Donio <br><br> MOTION DATE: JUNE 7, 2021 <br><br> **DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, on June 7, 2021, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendants Retailer Web Services, LLC and Retailer Web Services II, LLC (collectively "RWS"), shall move before the Honorable Eduardo C. Robreno, U.S.D.J. at the United States District Court for the District of New Jersey in Camden, New Jersey for an Order granting sanctions against Plaintiff The HomeSource Corp.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, RWS shall rely upon the accompanying Brief, the Court's Discovery Order filed at ECF No. 129, the Court's Discovery Order filed at ECF No. 264, the May 12, 2021 Declaration of Dominique J. Carroll, Esq. (and the exhibits thereto), the May 6, 2021 Declaration of Michal Malkiewicz and the May 6, 2021 Declaration of Jennifer L. Bayuk, Ph.D..

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the moving parties request oral argument.

| | |
|---|---|
| Dated: May 12, 2021 | Respectfully Submitted,<br><br>**FOX ROTHSCHILD LLP**<br><br><u>/s/ *Dominique J. Carroll*</u><br>Dominique J. Carroll<br>997 Lenox Drive<br>Lawrenceville, New Jersey 08648<br>Tel.: (609) 896-3600<br>Fax: (609) 896-1469<br>djcarroll@foxrothschild.com<br><br>Adam Wolek (*pro hac vice*)<br>321 N. Clark Street, Suite 1600<br>Chicago, Illinois 60654<br>Tel.: (312) 517-9299<br>Fax: (312) 517-9201<br>awolek@foxrothschild.com<br><br>*Counsel for Defendants Retailer Web Services, LLC; Retailer Web Services II, LLC* |