# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> vs. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Case No.: 1:18-cv-11970-ECR-AMD |

## FOURTH SCHEDULING ORDER

**AND NOW**, this **28** day of June, 2021, following an initial conference with Special Master Stephen M. Orlofsky and counsel for the parties, and pursuant to Paragraph 3(b) of the Order appointing Stephen M. Orlofsky as Special Master (Doc. No. 281), it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **September 17, 2021**.

2. All opening expert reports shall be exchanged by **October 18, 2021**.

3. All rebuttal expert reports shall be exchanged by **November 8, 2021**.

4. All expert discovery shall be completed by **December 8, 2021**.

5. Any motions for summary judgment shall be filed by **January 21, 2022**.

6. Responses to any motions for summary judgment shall be filed by **February 21, 2022**.

7. Replies in support of any motions for summary judgment shall be filed by **March 14, 2022**.

8. Following the submission or non-submission of motion(s) for summary judgment, Judge Robreno shall reset pre-trial and trial deadlines.

-2-

**IT IS SO ORDERED**.

*s/ Stephen M. Orlofsky*
**Stephen M. Orlofsky**
**Special Master**