# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC, et al.,<br><br>Defendants. | Case No.: 1:18-cv-11970-ECR-AMD |

## LOCAL CIVIL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1.1, Plaintiff The HomeSource, Corp. ("HomeSource"), by and through its undersigned counsel, states that it is not aware of any person or entity that is not a party and is providing funding on behalf of HomeSource for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Respectfully submitted,

**FLASTER/GREENBERG PC**

Dated:  August 2, 2021

*/s/ Matthew A. Goldstein*
Arthur R. Armstrong, Esquire
Matthew A. Goldstein, Esquire
Eric R. Clendening, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ  08002
Tel: (856) 661-1900
Fax: (856) 661-1919
arthur.armstrong@flastergreenberg.com
matthew.goldstein@flastergreenberg.com
eric.clendening@flastergreenberg.com

*Attorneys for Plaintiff The HomeSource, Corp.*

## CERTIFICATE OF SERVICE

I, Matthew A. Goldstein, hereby certify that on August 2, 2021, I electronically filed the foregoing Local Civil Rule 7.1.1 Disclosure Statement via the Court's CM/ECF system, which will send notification of such filing to the attorneys of record in this case.

          **FLASTER/GREENBERG PC**

Dated: August 2, 2021

*/s/ Matthew A. Goldstein*
Arthur R. Armstrong, Esquire
Matthew A. Goldstein, Esquire
Eric R. Clendening, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Tel: (856) 661-1900
Fax: (856) 661-1919
arthur.armstrong@flastergreenberg.com
matthew.goldstein@flastergreenberg.com
eric.clendening@flastergreenberg.com

*Attorneys for Plaintiff The HomeSource, Corp.*