# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Case No.: 1:18-cv-11970-ECR-AMD <br><br> Hon. Eduardo C. Robreno <br><br> Hon. Ann Marie Donio |

## LOCAL CIVIL RULE 7.1.1 DISCLOSURE STATEMENT

Under Local Civil Rule 7.1.1, defendants Retailer Web Services, LLC and Retailer Web Services II, LLC ("Defendants") state they are unaware of any person or entity that is not a party and is providing funding on behalf of Defendants for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of this litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: August 5, 2021

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

<u>/s/ *Dominique J. Carroll*</u>
Dominique J. Carroll
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel.: (609) 896-3600
Fax: (609) 896-1469
djcarroll@foxrothschild.com

Melissa E. Scott
747 Constitution Drive, Suite 100
Exton, PA 19341-0673
Tel.: (610) 458-1413
Fax: (610) 458-7337
mscott@foxrothschild.com

Adam Wolek (*pro hac vice*)
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Tel.: (312) 517-9299
Fax: (312) 517-9201
awolek@foxrothschild.com

*Counsel for Defendants Retailer Web Services, LLC; Retailer Web Services II, LLC*

## CERTIFICATE OF SERVICE

I, Dominique J. Carroll, hereby certify that on August 5, 2021, I electronically filed the foregoing Local Civil Rule 7.1.1. Disclosure Statement via the Court's CM/ECF system, which will send notification of such filing to the attorneys of record in this litigation.

**FOX ROTHSCHILD LLP**

/s/ *Dominique J. Carroll*
Dominique J. Carroll
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel.: (609) 896-3600
Fax: (609) 896-1469
djcarroll@foxrothschild.com

Melissa E. Scott
747 Constitution Drive, Suite 100
Exton, PA 19341-0673
Tel.: (610) 458-1413
Fax: (610) 458-7337
mscott@foxrothschild.com

Adam Wolek (*pro hac vice*)
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Tel.: (312) 517-9299
Fax: (312) 517-9201
awolek@foxrothschild.com

*Counsel for Defendants Retailer Web Services, LLC; Retailer Web Services II, LLC*

3