IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC, et al.,<br><br>Defendants. | Case No.: 1:18-cv-11970-ECR-AMD |

### FIFTH SCHEDULING ORDER

**AND NOW**, this **15th** day of September, 2021, pursuant to Paragraph 3(b) of the Order appointing Judge Stephen M. Orlofsky (Ret.) as Special Master (Doc. No. 281), it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **November 19, 2021**.

2. All opening expert reports shall be exchanged by **December 23, 2021**.

3. All rebuttal expert reports shall be exchanged by **January 23, 2022**.

4. All expert discovery shall be completed by **February 25, 2022**.

5. Any motions for summary judgment shall be filed by **April 15, 2022**.

6. Responses to any motions for summary judgment shall be filed by **May 20, 2022**.

7. Replies in support of any motions for summary judgment shall be filed by **June 10, 2022**.

8. Following the submission or non-submission of motion(s) for summary judgment, Judge Robreno shall reset pre-trial and trial deadlines.

**IT IS SO ORDERED**.

*s/ Stephen M. Orlofsky*
**Stephen M. Orlofsky**
**Special Master**