UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.<br><br>Plaintiff,<br><br>vs.<br><br>RETAILER WEB SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 1:18-cv-11970-ECR-AMD |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Kindly withdraw the appearance of Matthew A. Goldstein, Esquire as counsel for Plaintiff The HomeSource, Corp. in the above-captioned action and remove his name from the Court's and the parties' service lists due to him leaving Plaintiff's counsel's law firm, Flaster/Greenberg PC. Flaster/Greenberg PC continues to serve as counsel for Plaintiff The HomeSource, Corp., through its attorneys Arthur R. Armstrong, Esquire and Eric R. Clendening, Esquire, and all future correspondence and papers in this action should continue to be directed to them.

Respectfully submitted,

**FLASTER/GREENBERG PC**

Dated:  December 23, 2021

*/s/ Arthur R. Armstrong*
Arthur R. Armstrong, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ  08002
Tel: (856) 661-1900
Fax: (856) 661-1919
arthur.armstrong@flastergreenberg.com

*Attorneys for Plaintiff The HomeSource, Corp.*

-2-

## CERTIFICATE OF SERVICE

I, Arthur R. Armstrong, hereby certify that on December 23, 2021, I electronically filed the foregoing Withdrawal of Appearance via the Court's CM/ECF system, which will send notification of such filing to the attorneys of record in this case.

**FLASTER/GREENBERG PC**

Dated:  December 23, 2021

*/s/ Arthur R. Armstrong*
Arthur R. Armstrong, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ  08002
Tel: (856) 661-1900
Fax: (856) 661-1919
arthur.armstrong@flastergreenberg.com

*Attorneys for Plaintiff The HomeSource, Corp.*