# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> vs. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Case No.: 1:18-cv-11970-ECR-AMD |

## SEVENTH SCHEDULING ORDER

**AND NOW**, this **14th** day of February, 2022, pursuant to Paragraph 3(b) of the Order appointing Judge Stephen M. Orlofsky (Ret.) as Special Master (Doc. No. 281), it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **April 22, 2022**.

2. All opening expert reports shall be exchanged by **May 24, 2022**.

3. All rebuttal expert reports shall be exchanged by **June 27, 2022**.

4. All expert discovery shall be completed by **July 25, 2022**.

5. Any motions for summary judgment shall be filed by **September 19, 2022**.

6. Responses to any motions for summary judgment shall be filed by **October 17, 2022**.

7. Replies in support of any motions for summary judgment shall be filed by **November 7, 2022**.

8. Following the submission or non-submission of motion(s) for summary judgment, Judge Robreno shall reset pre-trial and trial deadlines.

-2-

**IT IS SO ORDERED**.

                                               */s/ Stephen M. Orlofsky*
                                         **Special Master Judge Stephen M. Orlofsky (Ret.)**