IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE HOMESOURCE, CORP. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-11970 |
| | : | |
| RETAILER WEB SERVICES, LLC, | : | |
| et al. | : | |

**O R D E R**

**AND NOW**, this **17th** day of **May, 2022**, in light of the on-going disputes regarding the log server "mirror image" and the technical nature of the disputes, it is hereby **ORDERED** that, unless there is an objection **by May 27, 2022**, the Special Master shall have the authority to appoint a neutral expert to assist in the resolution of these technical disputes, including setting reasonable compensation.

**IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**