IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP., <br><br> Plaintiff, <br><br> vs. <br><br> RETAILER WEB SERVICES, LLC, et al., <br><br> Defendants. | Case No.: 1:18-cv-11970-ECR-AMD |

## EIGHTH SCHEDULING ORDER

**AND NOW**, this **24th** day of April, 2023, pursuant to Paragraph 3(b) of the Order appointing Judge Stephen M. Orlofsky (Ret.) as Special Master (Doc. No. 281), it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **June 23, 2023**.

2. All opening expert reports shall be exchanged by **August 7, 2023**.

3. All rebuttal expert reports shall be exchanged by **September 6, 2023**.

4. All expert discovery shall be completed by **October 6, 2023**.

5. Any motions for summary judgment shall be filed by **November 6, 2023**.

6. Responses to any motions for summary judgment shall be filed by **December 6, 2023**.

7. Replies in support of any motions for summary judgment shall be filed by **December 26, 2023**.

8. Following the submission or non-submission of motion(s) for summary judgment, Judge Robreno shall reset pre-trial and trial deadlines.

Within 60 days from the date of entry of this Order I will conduct another status conference at mutually convenient time to be determined.

-2-

**IT IS SO ORDERED**.

                                             */s/ Stephen M. Orlofsky*
                                             **Special Master Judge Stephen M. Orlofsky (Ret.)**