IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP. : | |
| : | |
| v.  : | CIVIL ACTION NO. 18-11970 |
| : | |
| RETAILER WEB SERVICES, LLC, : | |
| et al.   : | |

### O R D E R

**AND NOW**, this **22nd** day of **June, 2023**, it is hereby **ORDERED** that all pending motions, including the two motions for sanctions and motion to quash/compel, are **REFERRED** to the special master for resolution.

**IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**