NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

JAMES H. STEIGERWALD
DIRECT DIAL: +1 215 979 1145
PERSONAL FAX: +1 215 689 4407
*E-MAIL:* JHSteigerwald@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

December 22, 2023

***VIA HAND DELIVERY***

The Honorable Ann Marie Donio
**United States Magistrate Judge**
**for the District of New Jersey**
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050, Courtroom 3B
Camden, NJ 08101

      **Re:** *The HomeSource Corp. v. Retailer Web Services, LLC et al.*, **Case No. 1:18-cv-11970-CPO-AMD, United States District Court for the District of New Jersey Motion to Compel Non-Party NewSpring Growth Capital V, L.P.**

Dear Judge Donio:

      Our firm represents NewSpring Growth Capital V, L.P. ("NewSpring Growth") in connection with a subpoena duces tecum dated October 30, 2023 served on it by Defendants Retailer Web Services, LLC and Retailer Web Services II, LLC. Defendants filed a motion to compel production under the subpoena which is currently pending (ECF No. 389). It is our understanding that the subpoena was served after the close of discovery and the motion to compel was filed after the parties were instructed not to file further discovery motions.

      This matter arises from allegations of defamatory statements made in 2018. In July 2023, NewSpring Growth made an investment into Plaintiff's parent company, 563 Systems, LLC. Defendants now seek *all* documents in NewSpring Growth's possession related to that transaction, including internal analyses, methodologies, and impressions that are highly confidential and proprietary documents. These documents, created 5 years after the alleged defamatory statements, appear to have little relevance to the claims in the pending litigation. In fact, many of the documents at issue are the subject of another motion to compel between the parties currently pending before the Court (ECF No. 359).

The Honorable Ann Marie Donio
December 22, 2023
Page 2

DuaneMorris

 

We respectfully request that the date by which NewSpring Growth must respond to Defendants' motion to compel be extended until after the Court determines the related motion to compel between the parties, which will impact the motion filed against NewSpring Growth. In the alternative, we respectfully request that the motion date be extended to February 5, 2024.

Defendants do not object to the latter request.

          Respectfully,

          */s/ James H. Steigerwald*

          James H. Steigerwald

cc: The Honorable Christine P. O'Hearn (by e-mail: njdnef_ohearn@njd.uscourts.gov)
   Lisa J. Trembly (by e-mail: ltrembly@connellfoley.com)
   Patrick J. Hughes (by e-mail: phughes@connellfoley.com)