IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HOMESOURCE, CORP.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RETAILER WEB SERVICES, LLC, RETAILER WEB SERVICES II, LLC,<br>　　　　　Defendants. | Civil Action No.: 1:18-cv-11970-CPO-AMD<br><br>Hon. Christine P. O'Hearn<br><br>Hon. Ann Marie Donio<br><br>**MOTION DATE: April 15, 2024**<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION OF RETAILER WEB SERVICES, LLC'S AND RETAILER WEB SERVICES II, LLC'S OBJECTIONS TO AND MOTION TO STRIKE EVIDENCE SUBMITTED BY PLAINTIFF IN OPPOSITION TO SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, on April 15, 2024 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants Retailer Web Services, LLC and Retailer Web Services II, LLC (collectively, "Defendants") shall move before the Honorable Christine P. O'Hearn, U.S.D.J. at the United States District Court for the District of New Jersey in Camden, New Jersey for an Order sustaining their objections and excluding evidence submitted by Plaintiff in opposition to summary judgment.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendants shall rely on their accompanying brief, Declaration of Dominique J. Carroll, Esq., and associated exhibits; and

**PLEASE TAKE FURTHER NOTICE** a proposed form of Order is submitted herewith.

Dated: March 15, 2024

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/* Dominique J. Carroll
Adam Wolek (*pro hac vice*)
777 S. Flagler Drive, Suite 1700
West Palm Beach, Florida 33401
Tel.: (561) 804-4412
Fax: (561) 835-9602
awolek@foxrothschild.com

Melissa E. Scott
747 Constitution Drive, Suite 100
Exton, Pennsylvania 19341
Tel.: (610) 458-1413
Fax: (610) 458-7337
mscott@foxrothschild.com

Dominique J. Carroll
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel.: (609) 896-3600
Fax: (609) 896-1469
djcarroll@foxrothschild.com

*Counsel for Defendants*
*Retailer Web Services, LLC and*
*Retailer Web Services II, LLC*