

Mail: P. O. Box 5231, Princeton, NJ 08543
Princeton Pike Corporate Center, 997 Lenox Drive, Lawrenceville, NJ 08648
Tel (609) 896-3600  Fax (609) 896-1469

101 Park Avenue, 17th Floor, New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940

www.foxrothschild.com

DOMINIQUE J. CARROLL
Direct No:  609.895.6706
Email: DJCarroll@FoxRothschild.com

April 4, 2024

<u>Via ECF</u>
The Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    <u>*The HomeSource, Corp. v. Retailer Web Services, LLC et al.*</u>
            <u>Case No. 1:18-cv-11970-CPO-AMD</u>

Dear Judge O'Hearn:

We represent Defendants Retailer Web Services, LLC and Retailer Web Services II, LLC (together, "RWS"). Pending before the Court is RWS's Motion to Strike Evidence Submitted by Plaintiff The HomeSource Corp. (ECF 449) and Plaintiff's opposition to that motion (ECF 457).

Considering the many legal and factual issues raised in Plaintiff's opposition, and the voluminous documents referenced in Plaintiff's 21-page opposition brief which must be addressed, RWS requests an additional 5 pages (i.e., making RWS's reply brief 20 pages).

We thank Your Honor for consideration of this request.

Sincerely,

*Dominique J. Carroll*

Dominique J. Carroll

cc:  All counsel of record (via ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington