# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (CAMDEN VICINAGE)

| | |
|---|---|
| THE HOMESOURCE CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>RETAILER WEB SERVICES, LLC, et al.<br><br>        Defendants. | Civil Action No. 1:18-cv-11970-CPO-AMD<br><br>**STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE** |

      Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The HomeSource Corp. and Defendants Retailer Web Services, LLC and Retailer Web Services II, LLC hereby stipulate to the dismissal, with prejudice, of their respective claims in this action. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Alexander S. Brown*<br>Lee Epstein, Esq.<br>Alexander S. Brown, Esq.<br>Flaster Greenberg PC<br>1717 Arch St., Suite 3300<br>Philadelphia, PA 19103<br><br>James H. Steigerwald, Esq.<br>Matthew A. Catania, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiff*<br>*The HomeSource Corp.* | */s/ Dominique J. Carroll*<br>Adam Wolek, Esq.<br>Fox Rothschild LLP<br>777 S. Flagler Dr., Suite 1700<br>West Palm Beach, FL 33401<br><br>Melissa Scott, Esq.<br>Fox Rothschild LLP<br>747 Constitution Drive, Suite 100<br>Exton, PA 19341<br><br>Dominique J. Carroll, Esq.<br>Fox Rothschild LLP<br>212 Carnegie Center, Suite 400<br>Princeton, NJ 08540<br><br>*Attorneys for Defendants*<br>*Retailer Web Services, LLC and Retailer Web Services II, LLC* |

Dated: October 21, 2024                                  Dated: October 21, 2024

11428483 v1

The Clerk of the Court is directed to enter this Stipulation and Order.

**SO ORDERED:**

This _____ day of _____, 2024

_____
HON. CHRISTINE P. O'HEARN, U.S.D.J.